UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMINDER UPPAL,

               Plaintiff(s),

    v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

           Defendant(s).

CASE NO. C25-1548-KKE

ORDER DENYING STIPULATED
MOTION FOR A PROTECTIVE ORDER

The parties filed a stipulated motion for a protective order.  Dkt. No. 17.  The motion does not comply with Local Rules W.D. Wash. LCR 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model."  A cursory review of the parties' proposed order reveals that it departs from the model.  Dkt. No. 17. Therefore, the parties' motion (*id*.) is therefore DENIED without prejudice, subject to re-filing in compliance with LCR 26(c)(2).

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION FOR A PROTECTIVE ORDER - 1