Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMINDER UPPAL,

                Plaintiff,

      vs.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

                Defendant.

No. 2:25-cv-01548-KKE

STIPULATED MOTION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND MODIFY RELATED SCHEDULE DATES

COME NOW the parties and respectfully move this Court, by stipulation pursuant to Fed. R. Civ. P. 29(b), to continue the expert disclosure deadline and to modify related deadlines.

## I.     STIPULATION

**A.     Overview**

1.     The parties make this motion in good faith and not for the purpose of delay.

2.     Defendant denied plaintiff's claim for payment of UIM benefits for bodily injury arising from an October 9, 2024 automobile collision with an uninsured motorist by asserting that benefits did not apply to the claim because plaintiff was 100% at fault. Plaintiff alleges that defendant's denial was unreasonable and seeks damages for breach of contract and upon her extracontractual claims. Defendant disputes those allegations.

STIPULATION AND ORDER TO CONTINUE EXPERT
DISCLOSURE DEADLINE AND MODIFY RELATED
SCHEDULE DATES - 1

3.      Under the current case scheduling Order, the trial in this matter is scheduled for November 2, 2026. Dkt. 14.  The trial is expected to last approximately 5 days. *Id.*

4.      Also under the current case scheduling Order, the reports from expert witnesses under Fed. R. Civ. P. 26(a)(2) are due April 6, 2026.  Further, all motions related to discovery must be filed by May 6, 2026 with a discovery completion date of June 5, 2026). *Id.*

5.      For the reasons set forth below, the parties are requesting an approximate 1½-month continuance of the expert disclosure deadline (i.e. from April 6, 2026 to May 25, 2026) and to somewhat shorter modification of the discovery motions date (i.e. from May 6, 2026 to June 8, 2026) and of the discovery completion date (i.e. from June 5, 2026 to June 24, 2025).

**B.      Continuance is in the interest of justice.**

1.      The parties, having conferred and continuing to confer regarding:

(a)      the taking of the depositions of a number of claim handlers identified in defendant's productions (including those who were only recently discovered to now be former employees of defendant and whose present location and contact information is being investigated by defense counsel) and of plaintiff and her husband, presently noted for April 27, 2026, May 2, 2026 and May 4, 2026, and of defendant's Rule 30(b)(6) designee, all of which will inform the work being completed by plaintiff's insurance expert; and

(b)      the convening of a Fed R. Civ. P. 35 defense medical examination with a tentative examination date of April 24, 2026, a date after the current expert disclosure deadline of April 6, 2026,

seek continuance of the expert disclosure deadline to May 25, 2026 and modifications of the discovery motions date to June 8, 2026 and of the discovery completion date to June 24, 2025.

STIPULATION AND ORDER TO CONTINUE EXPERT
DISCLOSURE DEADLINE AND MODIFY RELATED
SCHEDULE DATES - 2

2.      These changes will not interfere with the remaining deadlines in the pretrial schedule. They are not requested to delay this case, rather, they are made so that the parties may be given sufficient time to prepare their cases.

**C.      Relief Requested.**

All other dates in the pretrial schedule (Dkt. 14) to remain the same, the parties respectfully request this Court enter an Order:

1.      Continuing the expert witness disclosure date from April 6, 2026 to **May 25, 2026;**

2.      Modifying the discovery motions filing date from May 6, 2026 to **June 8, 2026**; and

3.      Modifying the discovery completion date from June 5, 2026 to **June 24, 2026.**

Stipulated and jointly submitted this 19th day of March, 2026.


CLAUSEN LAW FIRM PLLC

_s/Steven M. Malek_                         03-19-26

Steven M. Malek, WSBA #28942          [mm/dd/yr]
Attorneys for Plaintiff


FOLEY LEWIS LAW GROUP, PLLC

_S/Douglas F. Foley_                        03-19-26

Douglas F. Foley, WSBA #13199         [mm/dd/yr]
Counsel for Defendant Allstate


STIPULATION AND ORDER TO CONTINUE EXPERT
DISCLOSURE DEADLINE AND MODIFY RELATED
SCHEDULE DATES - 3

## II.   ORDER

The Court GRANTS the parties' stipulated motion to extend certain pretrial deadlines. Dkt. No. 20.  The expert witness disclosure deadline is extended to May 25, 2026; the discovery motions deadline is June 8, 2026; and the discovery completion deadline is June 24, 2026.  All other unexpired, unchanged dates in the case schedule (Dkt. No. 14) remain in effect.

DATED this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER TO CONTINUE EXPERT
DISCLOSURE DEADLINE AND MODIFY RELATED
SCHEDULE DATES - 4