Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMINDER UPPAL,

          Plaintiff,

   vs.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

          Defendant.

No. 2:25-cv-01548-KKE

SECOND STIPULATED MOTION AND
ORDER TO CONTINUE EXPERT
DISCLOSURE DEADLINE

COME NOW the parties and respectfully move this Court, by stipulation pursuant to Fed. R. Civ. P. 29(b), to further continue the expert disclosure deadline from May 25, 2026 to June 15, 2026.

## I.     STIPULATION

**A.    Overview**

1.    The parties make this motion in good faith and not for the purpose of delay.

2.    Defendant denied plaintiff's claim for payment of UIM benefits for bodily injury arising from an October 9, 2024 automobile collision with an uninsured motorist by asserting that benefits did not apply to the claim because plaintiff was 100% at fault. Plaintiff alleges that defendant's denial was unreasonable and seeks damages for breach of contract and upon her extracontractual claims. Defendant disputes those allegations.

SECOND STIPULATED MOTION AND ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE - 1

No. 2:25-cv-01548-KKE

3.      Under the current case scheduling Order, the trial in this matter is scheduled for November 2, 2026. Dkt. 14.  The trial is expected to last approximately 5 days. *Id.*

4.      Pursuant to the Court's Order of March 20, 2026 [Dkt. 22], the due date for reports from expert witnesses under Fed. R. Civ. P. 26(a)(2) originally due April 6, 2026 was continued to May 25, 2026 to accommodate the parties' need for additional discovery.  The discovery completion date was also continued from June 5, 2026 to June 24, 2026. *Id.*

5.      For the reasons set forth below, the parties are requesting a further 3-week continuance of the expert disclosure deadline (i.e. from May 25, 2026 to June 15, 2026).

**B.      Continuance is in the interest of justice.**

1.      The parties, in their efforts to cooperatively avoid motions practice, have conferred and are continuing to confer regarding the matters of examination in plaintiff's proposed deposition of defendant under Rule 30(b)(6) that will provide the scope of defendant's designee(s) required preparation and inform the work being completed by the parties' experts. The availability of defendant's anticipated designee(s), the calendar and personal commitments of counsel, and the time needed by experts following the deposition are making the current May 25, 2026 date for reports from expert witnesses, as previously anticipated, no longer tenable.

2.      The parties seek a further continuance of the expert disclosure deadline from May 25, 2026 to June 15, 2026.

3.      This requested change will not interfere with the current discovery completion date of June 24, 2025, or remaining deadlines in the pretrial schedule. It is not requested to delay this case, rather, it is made so that the parties may be given sufficient time to prepare their cases.

**C.      Relief Requested.**

SECOND STIPULATED MOTION AND ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE - 2

No. 2:25-cv-01548-KKE

All other dates in the pretrial schedule [Dkt. 14] as modified by the Court's previous Order [Dkt. 22] to remain the same, the parties respectfully request the Court enter an order continuing the expert witness disclosure date from May 25, 2026 to **June 15, 2026;**

Stipulated and jointly submitted this 14th day of May, 2026.

CLAUSEN LAW FIRM PLLC

s/Steven M. Malek                   05/14/26

Steven M. Malek, WSBA #28942          [mm/dd/yr]
Attorneys for Plaintiff

FOLEY LEWIS LAW GROUP, PLLC

s/Douglas F. Foley                   05/14/26

Douglas F. Foley, WSBA #13199         [mm/dd/yr]
Counsel for Defendant Allstate

## II.    ORDER

The parties' stipulated motion is GRANTED.  Dkt. No. 23.  The expert witness disclosure deadline is extended to June 15, 2026.

DATED this 14th day of May, 2026.

Kymberly K. Evanson
United States District Judge

SECOND STIPULATED MOTION AND ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE - 3

No. 2:25-cv-01548-KKE