UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMINDER UPPAL,<br><br>Plaintiff(s),<br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C25-1548-KKE<br><br>ORDER VACATING TRIAL DATE |

The parties notified the Court that they have settled this case. Dkt. No. 40. The trial date and pretrial deadlines previously set (Dkt. No. 14) are hereby VACATED. The parties are ORDERED to file dismissal paperwork no later than December 8, 2026.

Dated this 9th day of October, 2026.

Kymberly K. Evanson
United States District Judge