UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMINDER UPPAL,<br><br>Plaintiff(s),<br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C25-1548-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties filed a stipulated motion for an order of dismissal. Dkt. No. 42. The Court GRANTS the motion and ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without an award of costs to any party.

Dated this 23rd day of November, 2026.

Kymberly K. Evanson
United States District Judge